



LAW OFFICES
**KENNETH A. ZITTER**
260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 532-8000

June 26, 2008

Honorable Alvin K. Hellerstein
United States District Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

Re: Alpha Capital Anstalt et al. v Ness Energy International, Inc., et al.
08 CV 5686 (AKH)

Dear Judge Hellerstein:

We are attorneys representing Plaintiffs in the captioned matter. Your Honor signed an Order to Show Cause on June 24, 2008 requiring Plaintiffs to serve their Motion for Preliminary Injunction on the Defendants by overnight Federal Express on or before June 26, 2008. With respect to Defendants Alan D. Stricklin and Alpha Quest, LLC, service has been effected.

With respect to Defendant Ness Energy International, Inc. ("Ness"), the address for service in the Order to Show Cause came from Ness's most recently filed Form 8-K. Federal Express has informed us that Ness has apparently moved from that location. There are two other addresses listed on SEC website for Ness: 4201 I-20 Service Road, Willow Park, Texas 76087 and P.O. Box 161638, Forth Worth, Texas 76161. We will mail today an additional copy of the papers by overnight Federal Express to the Willow Park, Texas address. We will mail today another copy of the papers by overnight U.S. express mail to the post office box address because Federal Express will not deliver to a post office box.

We respectfully request that Your Honor amend the addresses for service in the Order to Show Cause so that service at the addresses and in the manner indicated in this letter will be deemed good and sufficient service.

Respectfully,

Kenneth A. Zitter

KAZ/nr

by fax